**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAR 20 PM 12:43

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:14CR 105 |
| Plaintiff, | |
| vs. | INDICTMENT |
| ABDULRAHMAN YUSUF MOHAMAD, | 26 U.S.C. § 7206(2) |
| Defendant. | |

The Grand Jury charges that

1. On or about the dates hereinafter set forth, in the District of Nebraska, the defendant, ABDULRAHMAN YUSUF MOHAMAD, a resident of Omaha, Nebraska, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified, which were false and fraudulent as to material matters, in that they represented that the said taxpayers were entitled under the provisions of the Internal Revenue laws to claim dependents and credits, and to use specific filing statuses, whereas, as the defendant then and there well knew and believed, the said taxpayers were not entitled to claim the dependents and credits nor to use the specific filing statuses.

2. The allegations of paragraph "1" are repeated and realleged in Counts I through VII, inclusive, of this Indictment, as though fully set forth therein:

| COUNT | DATE OF OFFENSE | TAXPAYER | CALENDAR TAX YEAR | FALSELY CLAIMED ITEM | LOSS OR ATTEMPTED LOSS |
|---|---|---|---|---|---|
| I | On or before April 15, 2008 | Dawit Kebret | 2007 | Head of Household Filing Status (Line 40); Dependent Exemption (Line 42); EIC (Line 66a) | $ 3,693 |
| II | On or before April 15, 2009 | Dawit Kebret | 2008 | Head of Household Filing Status (Line 40); Dependent Exemption (Line 42); EIC (Line 64a) | $ 3,359 |
| III | On or before April 15, 2010 | Dawit Kebret | 2009 | Head of Household Filing Status (Line 40a); Dependent Exemption (Line 42); EIC (Line 64a) | $ 2,125 |
| IV | On or before April 15, 2011 | Dawit Kebret | 2010 | Head of Household Filing Status (Line 40); Dependent Exemption (Line 42); EIC (Line 64a) | $ 3427 |
| V | On or before April 15, 2011 | B. Deogratias and J. Bigirimana | 2010 | Dependent Exemption (Line 42); EIC (Line 64a) | $ 2,986 |
| VI | On or before April 15, 2012 | B. Deogratias and J. Bigirimana | 2011 | Dependent Exemption (Line 26); EIC (Line 38a) | $ 1,626 |
| VII | On or before April 15, 2009 | Hawa Farah | 2008 | Head of Household Filing Status (Line 40); Dependent Exemption (Line 42); EIC (Line 64a) | $ 6,065 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.


FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha/Lincoln, Nebraska, pursuant to the rules of this Court.

RUSSELL X. MAYER
Assistant U. S. Attorney